**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,        )<br>                                  )<br>            Plaintiff,             )<br>                                  )<br>    vs.                           )<br>                                  )<br>Jeffrey Wilstein,                 )<br>                                  )<br>            Defendant.            )<br>_____) | No. CR 01-0119-PCT-RCB<br><br>O R D E R |

    Currently pending before the court is a motion by defendant *pro se*, Jeffrey Wilstein for early termination of probation, filed on May 12, 2009 (doc. 95).  The United States of America ("the Government") does not oppose this motion.  See Resp. (doc. 97) at 2:1-2.  For that reason and in the interest of justice, the court GRANTS defendant's motion.

### ***Background***

    On May 21, 2001, defendant Wilstein entered a guilty plea to one count of possession with intent to distribute 50 kilograms or more of a mixture or substance containing marijuana, a class B felony.  Resp. (doc. 97) at 1:17-19; see also doc. 20.  On May 21,

2007, following the Government's motion to authorize a reduction in sentence, Wilstein's sentence was amended to a term of 48 months imprisonment and a term of six years supervised release. See docs. 93 and 94.

Defendant Wilstein has now completed his term of imprisonment. Resp. (doc. 97) at 1:22-23.  In fact, according to him, "[i]t has been over two years since his release" from prison.  Mot. (doc. 95) at 1.  Furthermore, defendant Wilstein "has completed almost 15 months of his term of supervised release." Resp. (doc. 97) 1:22. Wilstein states that he has "met the terms of [his] probation without incident." Mot. (doc. 95) at 1.  United States Probation Officer Pamela Seider, who is listed as a recipient on defendant's motion, confirms that compliance.  According to the Government, she "advise[s] that Defendant Wilstein has complied with the terms of his supervised release." Resp. (doc. 97) at 1:23 - 2:1.  In light of the foregoing, the Government is not objecting to defendant's motion for early termination of probation. Id. at 2:1-2.

Wilstein believes the restrictions of his probation are hindering his ability to further succeed in his job.  In that regard, Wilstein informs the court that since his release from prison he has "held the same job for well over a year[]" – a job which he describes as having "a bright future for [him], especially if [he] ha[s] the freedom to travel. Mot. (doc. 95) at 1.  For that reason, and because obviously his success at work will inure to the benefit of his three children and his ex-wife, Wilstein is seeking early termination of his probation. See id.

Given Wilstein's compliance with the terms of his supervised release; the fact that the Government does not object to this

motion, and because it appears to the court that the interest of justice will best be served by granting Wilstein the requested relief, the court hereby ORDERS

    (1) that defendant Wilstein's motion for early termination of probation is GRANTED; and

    (2) that defendant Wilstein is discharged from complying with the terms of his supervised release previously imposed by this court on May 21, 2007.

    DATED this 2nd day of June, 2009.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and Jeffrey Wilstein *pro se*